Robert MOORE, et al., Plaintiffs–
Appellants; Cross–Appellees,

v.

MENASHA CORPORATION.,
Defendant–Appellee;
Cross–Appellant.

Nos. 11–1422, 11–1423.

United States Court of Appeals,
Sixth Circuit.

Aug. 22, 2012.

BEFORE: CLAY and KETHLEDGE,
Circuit Judges; DOW, District Judge.*

PER CURIAM.

In this companion case to Case Nos. 10–2171; 10–2173, the parties cross-appeal a decision by the district court awarding attorney's fees and costs in the amount of $125,000 to Plaintiffs and $45,000 to Defen-

* The Honorable Robert M. Dow, Jr., United States District Judge for the Northern District of Illinois, sitting by designation.

dant in relation to Plaintiffs' action alleging that Defendant violated Section 301 of the Labor Management Relations Act (LMRA), 29 U.S.C. § 185, and Section 502(a)(1)(B) of the Employee Retirement Income Security Act (ERISA), 29 U.S.C. § 1132. *See Moore v. Menasha Corp.,* No. 1:08–cv–1167, 2011 WL 811150, at *1 (W.D.Mich. March 1, 2011).

In light of our opinion reversing the district court's judgment in Nos. 10–2171 and 10–2173, we also hereby **VACATE** the district court's determination of fees and costs in Nos. 11–1422 and 11–1423 and **REMAND** for further proceedings consistent with our disposition of Nos. 10–2171 and 10–2173.